**Michael V. DiPOMPO, Plaintiff–Appellant,**

v.

**WEST POINT MILITARY ACADEMY; Chief Administrative Officers of West Point Military Academy, in individual and official capacities, whose names are unknown; George Diaz, in his individual and official capacities; Edward O'Connell, in his individual and official capacities; Michael Heller, in his individual and official capacities; Anthony Ferraiulo, in his individual and official capacities; Dr. John Francis, in his individual and official capacities, Defendants–Appellees.**

No. 1148, Docket 91–6265.

United States Court of Appeals, Second Circuit.

Argued March 26, 1992.

Decided April 6, 1992.

Kipp Elliott Watson, New York City, for plaintiff-appellant.

Gideon A. Schor, Asst. U.S. Atty., New York City (Otto G. Obermaier, U.S. Atty., Gabriel W. Gorenstein, Asst. U.S. Atty., on the brief), for defendants-appellees.

Before: LUMBARD, NEWMAN, and CARDAMONE, Circuit Judges.

JON O. NEWMAN, Circuit Judge:

Michael V. DiPompo appeals from the August 19, 1991, judgment of the District Court for the Southern District of New York (Michael B. Mukasey, Judge) dismissing on the merits after a bench trial his suit under section 501 of the Rehabilitation Act

of 1973, 29 U.S.C. § 791 (1988). DiPompo, a firefighter who suffers from dyslexia, alleged that he was unlawfully rejected for employment as a structural firefighter at the United States Military Academy, West Point.

We affirm the judgment of the District Court on the well-reasoned opinion of Judge Mukasey. *DiPompo v. West Point Military Academy*, 770 F.Supp. 887 (S.D.N.Y.1991).